FILED
2012 AUG -1 PM 4:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR No. 10-215(A) |
| | ) | |
| Plaintiff, | ) | **FIRST** |
| | ) | **SUPERSEDING** |
| v. | ) | **INFORMATION** |
| | ) | |
| CHAD PETER SMANJAK, | ) | [18 U.S.C. § 371: Conspiracy] |
| | ) | |
| Defendant. | ) | |

The United States Attorney alleges:

[18 U.S.C. § 371]

A.  THE OBJECT OF THE CONSPIRACY

1.  Beginning on an unknown date, and continuing through in or around 2010, in Los Angeles County and Orange County, within the Central District of California, and elsewhere, defendant CHAD PETER SMANJAK ("SMANJAK"), A.B., and others known and unknown to the United States Attorney, knowingly combined, conspired, and agreed to commit securities fraud in violation 18 U.S.C. § 1348.

B.  MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

2. Defendant SMANJAK, A.B., and others would identify companies that were suitable for a "pump and dump" scheme including without limitation, Hemis Corporation (ticker: HMSO); Shot Pak (ticker: SHTP); Tecton Corporation (ticker: TTNC); Wave Uranium (ticker: WAVE); Mass Petroleum (ticker: MASP); Dana Resources (ticker: DANR); Rudy Nutrition (ticker: RUNU); One World Ventures (ticker: OWVI); and Bonanza Oil and Gas (ticker: BGOI).

3. Defendant SMANJAK, A.B., and others would willfully use a device or scheme to defraud purchasers or potential purchasers of the stock of the companies they identified by making or causing to be made materially false statements and failing to disclose material facts that operated as a fraud or deceit on such purchasers and potential purchasers to inflate the stock price and create volume in it.

4. Defendant SMANJAK, A.B., and others, using the internet and telephone, would sell shares of these companies on the public markets at prices which, through their fraud, they had fraudulently inflated.

C.  OVERT ACT

5. In furtherance of the conspiracy, and to accomplish its object, defendant SMANJAK and others known and unknown to the United States Attorney committed and willfully caused others to

commit various overt acts within the Central District of California and elsewhere, including but not limited to the following:

<u>Overt Act No. 1</u>: Defendant SMANJAK hid his laptop computer that contained evidence of the above-described conspiracy to commit securities fraud, after he spoke to an Internal Revenue Service Criminal Investigation Special Agent who informed him that a search warrant was being executed at his residence.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANDREW STOLPER
Assistant United States Attorney